DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Adams v. Pulliam<br><br>Case below:<br>177 N.C. App. 286 | No. 651P06 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA05-1311)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 01/25/07<br><br>2. Dismissed as Moot 1/25/07 |
| Alston v. Britthaven, Inc.<br><br>Case below:<br>177 N.C. App. 330 | No. 302P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-385) | Denied 01/25/07 |
| Baldwin v. Century Care Ctr., Inc.<br><br>Case below:<br>180 N.C. App. 475 | No. 626P06 | Plt's Motion for Temporary Stay (COA06-380) | Denied 01/09/07 |
| Burnette v. City of Goldsboro<br><br>Case below:<br>178 N.C. App. 741 | No. 471P06 | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA05-1277) | Denied 01/25/07 |
| Carillon Assisted Living, LLC v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>175 N.C. App. 265 | No. 054A06 | Joint Motion to Dismiss Appeal Based Upon Settlement By The Parties (COA05-135) | Allowed 01/04/07 |
| Carolina Bldg. Servs. Windows & Doors, Inc. v. Boardwalk, LLC<br><br>Case below:<br>178 N.C. App. 561 | No. 444PA06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1030) | Allowed as to "Second Issue" only 01/25/07 |
| Carroll v. Ferro<br><br>Case below:<br>179 N.C. App. 402 | No. 535P06 | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA05-1420)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 01/25/07<br><br>2. Dismissed as Moot 01/25/07 |
| Carter-Hubbard Publ'g Co. v. WRMC Hosp. Operating Corp.<br><br>Case below:<br>179 N.C. App. 621 | No. 411A06 | 1. Def's Petition for Writ of Supersedeas<br><br>2. Def's NOA (Dissent) | 1. Allowed 01/25/07<br><br>2. ——<br><br>**Hudson, J., Recused** |